UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON M. LEWIS, | NO. EDCV 07-412-MAN |
| Plaintiff, | |
| v. | AMENDED JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration, | |
| Defendant. | |

The Judgment issued on August 29, 2008 is HEREBY VACATED.

Pursuant to the Court's August 29, 2008 Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATED: February 10, 2009

                                          /s/
                              MARGARET A. NAGLE
                    UNITED STATES MAGISTRATE JUDGE